# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155578(51)

LEONARD GUST and SHARON GUST,
     Plaintiffs-Appellants,

v

LENAWEE COUNTY ROAD COMMISSION,
     Defendant-Appellee.

SC: 155578
COA: 329062
Lenawee CC: 10-003769-CZ

_____/

       On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply submitted on May 22, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk